IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**LENWOOD VANLANDINGHAM**             **PLAINTIFF**

**VS.**             **CIVIL ACTION NO.: 1:21-CV-54-DAS**

**SOUTHEAST FINANCIAL CREDIT UNION and**
**MINNESOTA LIFE INSURANCE COMPANY**             **DEFENDANTS**

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause having come on for hearing at the instance of Plaintiff and Defendants and the Court, being advised that there remain no issues to be adjudicated or determined by the Court between the parties, finds that Plaintiff's claims against all Defendants should be dismissed with prejudice in their entirety.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all the claims of Plaintiff against all Defendants are hereby dismissed with prejudice, with each party to bear her and its own costs, attorneys' fees and expenses.

SO ORDERED AND ADJUDGED, this the 2nd day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

**AGREED AND APPROVED:**

/s/ W. Howard Gunn
Attorney for Plaintiff

/s/ Timothy Peeples
Attorney for Southeast Financial Credit Union

/s/ Kelly D. Simpkins
Attorney for Minnesota Life Insurance Company

/282054